1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MARIA ESTHER PEREZ,                    Case No. 1:23-cv-00182-CDB (SS)

12              Plaintiff,                  ORDER ON STIPULATION GRANTING
                                            VOLUNTARY REMAND PURSUANT TO
13        v.                                SENTENCE FOUR OF 42 U.S.C. § 405(g)
                                            AND TO ENTRY OF JUDGMENT
14   COMMISSIONER OF SOCIAL
     SECURITY,                              (Doc. 15)
15
                Defendant.
16

17

18        Before the Court is the parties' Stipulation to Voluntary Remand Pursuant to sentence

19   four of 42 U.S.C. § 405(g) and to Entry of Judgment.  (Doc. 15).  Upon consideration of the

20   parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

21        1.  The above-captioned matter is remanded to the Commissioner of Social Security for

22            further administrative proceedings pursuant to sentence four of Section 205(g) of 42

23            U.S.C. § 405(g);

24        2.  Upon remand, the Appeals Council will remand the case to an Administrative Law

25            Judge for a new decision in accordance with the parties' stipulation (Doc. 15); and

26

27

28

3.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated:  **August 25, 2023**

_____
UNITED STATES MAGISTRATE JUDGE